People v Dantzler (2025 NY Slip Op 06394)

People v Dantzler

2025 NY Slip Op 06394

Decided on November 20, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 20, 2025

Before: Kern, J.P., Kennedy, González, Shulman, Rodriguez, JJ. 

Index No. 1069/16|Appeal No. 3480-3481|Case No. 2018-1818, 2023-05425|

[*1]People of the State of New York, Respondent, 
v
Jeremiah Dantzler, Defendant-Appellant.

Appeals having been taken to this Court by the above-named appellant from a Judgment of the Supreme Court, New York County (Ellen Biben, J.), entered October 13, 2017 and an order, same court and Justice, entered August 7, 2023,
And said appeals having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated December 11, 2024,
It is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: November 20, 2025